IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIE-JOSÉE GRIMARD, as Special Administrator of the ESTATE OF HENRIETTE LATULIPPE, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> MONTREAL, MAINE and ATLANTIC RAILWAY, INC., RAIL WORLD, INC., EDWARD BURKHARDT, individually, WORLD FUEL SERVICES CORPORATION, WESTERN PETROLEUM COMPANY, PETROLEUM TRANSPORT SOLUTIONS, LLC, DAKOTA PLAINS TRANSLOADING, LLC, DAKOTA PETROLEUM TRANSPORT SOLUTIONS, LLC., DAKOTA PLAINS MARKETING, LLC., and DPTS MARKETING, LLC, <br><br> Defendants. | No. 1:13-cv-06197 <br><br> TRIAL BY JURY DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT, MONTREAL, MAINE AND ATLANTIC RAILWAY, LTD.**

Pursuant to F.R.C.P. 41(a)(1)(A)(1), Plaintiff, Marie-Josee Grimard, as Special Administrator of the Estate of Henriette Latulippe, Deceased, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Montreal, Maine and Atlantic Railway, Ltd. This Notice of Dismissal is being filed with the Court before service by Defendant Montreal, Maine and Atlantic Railway, Ltd. of an answer or a motion for summary judgment.

Date: September 9, 2013.    Respectfully submitted,

MEYERS & FLOWERS

**/ s / Peter J. Flowers**
_____
Peter J. Flowers, Esq., Attorneys for Plaintiff