UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIE-JOSÉE GRIMARD, as Special Administrator of the ESTATE OF HENRIETTE LATULIPPE, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> MONTREAL, MAINE and ATLANTIC RAILWAY, INC., RAIL WORLD, INC., EDWARD BURKHARDT, individually, WORLD FUEL SERVICES CORPORATION, WESTERN PETROLEUM COMPANY, PETROLEUM TRANSPORT SOLUTIONS, LLC, DAKOTA PLAINS TRANSLOADING, LLC, DAKOTA PETROLEUM TRANSPORT SOLUTIONS, LLC., DAKOTA PLAINS MARKETING, LLC., and DPTS MARKETING, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) No.  1:13-cv-06197 ) ) ) ) TRIAL BY JURY DEMANDED ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF FILING / PROOF OF SERVICE

     PLEASE TAKE NOTICE that on September 9, 2013, I electronically filed the following document with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, and that all CM/ECF Registered Participants as reflected on the attached Service List were served via the Court's electronic CM/ECF system:

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT, MONTREAL, MAINE AND ATLANTIC RAILWAY, LTD.**

MEYERS & FLOWERS

**/ s / Peter J. Flowers**
_____
Peter J. Flowers, Esq., Attorneys for Plaintiff

Page 1 of 3

## SERVICE LIST

| *Counsel for Plaintiff*<br><br>Peter J. Flowers, Esq.<br>MEYERS & FLOWERS, LLC.<br>3 North Second Street, Suite 300<br>St. Charles, Illinois  60174<br>(630) 232-6333<br>(630) 845-8982 (fax)<br>pjf@meyers-flowers.com<br>csj@meyers-flowers.com | *Counsel for Defendant, Montreal, Maine and Atlantic Railway, Inc.*<br><br>Robert J. Keath (Trustee)<br>BERSTEIN AND SHUR<br>100 Middle Street – West Tower<br>P.O. Box 9729<br>Portland, ME  04104-5029<br>(207) 774-1200<br>(207) 774-1127 (fax)<br>rkeach@bernsteinshur.com |
|---|---|
| *Counsel for Defendants, Rail World, Inc. and Edward Burkhardt*<br><br>Alan S. Gilbert, Esq.<br>DENTONS<br>233 South Wacker Drive, Suite 7800<br>Chicago, Illinois  60606-6404<br>(312) 876-7410<br>(312) 876-7934 (fax)<br>alan.gilbert@dentons.com | *Counsel for Defendants, World Fuel Services Corporation, Western Petroleum Company & Petroleum Transport Solutions, LLC*<br><br>Mark Filip, P.C.<br>Leslie M. Smith, P.C.<br>KIRKLAND & ELLIS, LLP<br>300 North LaSalle Street<br>Chicago, Illinois  60654<br>(312) 862-2000<br>(312) 862-2200 (fax)<br>mfilip@kirkland.com<br>lsmith@kirkland.com |
| *Counsel for Defendants, Dakota Plains Transloading, Inc. and Dakota Plains Marketing, LLC (the Plaines entities)*<br><br>Daniel J. Connolly, Esq.<br>Bruce Jones, Esq.<br>Faegre Baker Daniels<br>2200 Wells Fargo Center<br>90 S. Seventh Street<br>Minneapolis, MN  55402-3901<br>(612) 766-7000<br>(612) 766-1600 (fax)<br>daniel.connolly@FaegreBD.com<br>bruce.jones@FaegreBD.com | *Counsel for Defendants, Dakota Petroleum Transport Solutions, LLC & DPTS Marketing, LLC*<br><br>E. Tim Walker, Esq.<br>Edwards Wildman Palmer, LLP<br>225 West Wacker Drive, Suite 3000<br>Chicago, Illinois  60606<br>(312) 201-2279<br>(855) 593-4099 (fax)<br>twalker@edwardswildman.com |

**/ s / Peter J. Flowers**

_____
Peter J. Flowers, Esq., Attorneys for Plaintiff

Peter J. Flowers, Esq.
*Cook County Firm No.: 56079*
MEYERS & FLOWERS, LLC
<u>St. Charles Office</u>
3 North Second Street, Suite 300
St. Charles, Illinois 60174
(630) 232-6333
(630) 845-8982 (fax)

<u>Chicago Office</u>
225 West Wacker Drive, Suite 1515
Chicago, Illinois 60606

F:\clientspjf\Lac Megantic\Clients\Estate of Henriette Latulippe (Marie-Josee Grimard)\Pleadings\USDC\MM&A Voluntary Dismissal\Proof of Service.09-09-13.docx